**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELODY R. ADAMS,

    Plaintiff(s),
    (Petitioner)

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s),
    (Respondent)
_____/

No. C-10-02008-DMR

**AMENDED ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**

☒ IT IS ORDERED that the application to proceed in forma pauperis is **GRANTED** and that the Clerk issue summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit and this order upon the defendant.

☐ IT IS ORDERED that the application to proceed in forma pauperis is **DENIED**, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to *Rule 4, Federal Rules of Civil Procedure*. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

☐ IT IS ORDERED that the application to proceed in forma pauperis is **DENIED** and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to *Rule 4, Federal Rules of Civil Procedure*. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

IT IS SO ORDERED.

Dated: May 20, 2010

_____
DONNA M. RYU
United States Magistrate Judge