1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  MELODY ADAMS
6

7

8           **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | MELODY R. ADAMS,              ) Case No.:   10-CV-2008 DMR
13 |         Plaintiff,            ) STIPULATION TO EXTEND
                                    ) BRIEFING SCHEDULE
14 |     vs.                       )
                                    )
15 | MICHAEL J. ASTRUE, Commissioner)
                                    )
16 | of Social Security,            )
                                    )
17 |         Defendant              )
   |_____)
18

19      Plaintiff Melody Adams ("Plaintiff") and defendant Michael Astrue,

20 Commissioner of Social Security ("Defendant"), through their undersigned counsel

21 of record, hereby stipulate, subject to the approval of the Court, to extend the time

22 for Plaintiff to file Plaintiff's Motion for Summary Judgment to November 15,

23 2010; and that Defendant shall have until December 15, 2010, to file his

24 opposition, if any is forthcoming.  Any reply by plaintiff will be due December 27,

25 2010.

26

1
2   An extension of time is needed to properly address the issues in the 490 page
3   administrative record.  Counsel for plaintiff sincerely apologizes to the court for
4   any inconvenience this may have had upon it or its staff.
5
6   DATE: September 20, 2010     Respectfully submitted,
7                                LAW OFFICES OF LAWRENCE D. ROHLFING
8                                        /s/ Steven G. Rosales
                              BY:_____
9                                Steven G. Rosales
                                 Attorney for plaintiff MELODY ADAMS
10
11  DATED:  September 20, 2010   MELINDA HAAG
                                 United States Attorney
12
13
                                 */S/- *Kathryn Watson*
14
15                               _____
                                 Kathryn Watson
16                               Special Assistant United States Attorney
                                 Attorney for Defendant
17                               [*Via email authorization]
18
19
20
21
22
23
24
25
26

-2-

1     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including November 15, 2010, in which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to December 15, 2010 to consider the
4 contentions raised in Plaintiff's Opening Brief, and file any opposition if
5 necessary. Any reply by plaintiff will be due December 27, 2010.
6     IT IS SO ORDERED.
7 DATE:  9/24/10

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE